**In re: Larry JORDON, Petitioner.**

No. 05–7096.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 6, 2005.

Larry Jordon, Petitioner Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Jordon filed a petition for writ of error coram vobis * pursuant to the All Writs Act, 28 U.S.C. § 1651 (2000), seek-

prudence. *United States v. Sawyer,* 239 F.3d 31, 37 n. 4 (1st Cir.2001).

ing to compel the district court to address the merits of his prior 42 U.S.C. § 1983 (2000) action that was dismissed without prejudice. This writ is intended to correct convictions rather than to compel district court action in strictly civil proceedings. *Cf. Sawyer*, 239 F.3d at 37. Moreover, Jordon has another available remedy, namely to file an appeal from the district court's order. *Cf. Pa. Bureau of Corr. v. U.S. Marshals Serv.*, 474 U.S. 34, 43, 106 S.Ct. 355, 88 L.Ed.2d 189 (1985). We therefore dismiss the petition for writ of error coram vobis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*